United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TRUSTEES OF THE U.A. LOCAL 393 PENSION FUND, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>COOL BREEZE REFRIGERATION, INC.,<br><br>Defendant. | Case No. 5:16-cv-02249-EJD<br><br>**ORDER TO SHOW CAUSE RE: SETTLEMENT**<br><br>Re: Dkt. No. 48 |

The parties, having notified the court this action has settled (Dkt. No. 48), are ordered to appear before the Honorable Edward J. Davila on **August 3, 2017, at 10:00 AM** in Courtroom No. 4, 5th Floor, United States District Court, 280 South First Street, San Jose, California, 95113, to show cause why the case should not be dismissed pursuant to Federal Rule of Civil Procedure 41(b). On or before **July 27, 2017**, the parties shall file a joint statement in response to the Order to Show Cause setting forth the status of settlement efforts as well as the amount of additional time necessary to finalize and file a dismissal.

The Order to Show Cause shall be automatically vacated and the parties relieved of the obligation to file a joint statement if a stipulated dismissal pursuant to Federal Rule of Civil Procedure 41(a) is filed on or before **July 27, 2017.**

All other pretrial and trial deadlines and hearing dates, including the Trial Setting Conference, are VACATED and any pending motions are TERMINATED.

Failure to comply with any part of this Order will be deemed sufficient grounds to dismiss the action.

**IT IS SO ORDERED.**

Dated: June 20, 2017

EDWARD J. DAVILA
United States District Judge

1
Case No.: 5:16-cv-02249-EJD
ORDER TO SHOW CAUSE RE: SETTLEMENT